March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Terrence Chalk,
                Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY
TEL/VIDEOCONFERENCE**

~~20-CR-11830~~ ( __ )( __ )

20MAG 11830

Defendant __Terrence Chalk__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [✓] Initial Appearance/Appointment of Counsel

- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [ ] Preliminary Hearing on Felony Complaint

- [✓] Bail/Revocation/Detention Hearing

- [ ] Status and/or Scheduling Conference

- [ ] Misdemeanor Plea/Trial/Sentence

s/Terrence Chalk by KNF,USMF
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Terrence Chalk
Print Defendant's Name

_[signature: Peter Willis]_
Defense Counsel's Signature

Peter Willis
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/17/20
Date

_[signature: Kevin Nathaniel Fox]_
U.S. District Judge/U.S. Magistrate Judge